UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERASMO SOLIS, SR., et al,

       Plaintiffs,                              Case No. 1:07-CV-740

v.                                                Hon. Gordon J. Quist

KRANTZ FARMS, INC.,

       Defendant.
_____/

**ORDER FOR PRO BONO MEDIATION**

Plaintiffs have filed a Motion for Pro Bono Voluntary Facilitative Mediation (docket no. 31), which is unopposed. The motion is GRANTED.

IT IS ORDERED that plaintiffs in the above-entitled proceeding may participate in voluntary facilitative mediation without prepayment of any fees or costs. All costs shall be reimbursed to the United States should the plaintiffs prevail.

Dated: January 2, 2008                               /s/ Hugh W. Brenneman, Jr.
                                                               HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge